1
2
3
4
5
6
7 **UNITED STATES DISTRICT COURT**

8 **CENTRAL DISTRICT OF CALIFORNIA**

9 **WESTERN DIVISION**

10

11 EDUARDO IZALDO,                    )          No.  SACV 08-482-ABC (AGR)

12                 Petitioner,              )

13        v.                                  )          **JUDGMENT**

14 M. MARTEL, Warden,                )

15                 Respondent.           )

16 _____ )

17        Pursuant to the Order Adopting Magistrate Judge's Report and

18 Recommendation,

19        IT IS ADJUDGED that the petition in this matter is denied and dismissed with

20 prejudice.

21

22 DATED:  July 22, 2011          _____

23                                              AUDREY B. COLLINS
                                              UNITED STATES DISTRICT JUDGE

24

25

26

27

28